494

329 A.2d. 835

Richard BROXIE, Petitioner,

v.

HOUSEHOLD FINANCE COMPANY, a corporation.

Supreme Court of Pennsylvania.

Argued Oct. 4, 1974.

Decided Dec. 30, 1974.

David K. McMullin, Pittsburgh, for appellant.

Charles Weiss, Thorp, Reed & Armstrong, Pittsburgh, for appellee.

## OPINION OF THE COURT

PER CURIAM.

The petition for allocatur is granted. The trial errors which caused the Superior Court to grant a new trial not having been properly preserved for appeal, *see Commonwealth v. Reid,* 458 Pa. 357, 326 A.2d 267 (1974) ; *Dilliplaine v. Lehigh Valley Trust Co.,* 457 Pa. 255, 322 A.2d 114 (1974) ; *Commonwealth v. Agie,* 449 Pa. 187, 296 A. 2d 741 (1972), its order granting a new trial is reversed 323 A.2d 364, and the case is remanded to the Superior Court for consideration of the remaining issues raised in the appeal.